## St. Louis, Jacksonville and Chicago R. R. Company

*v.*

## John C. Hamilton.

Pleading—*of the declaration.* In this case the declaration contained all the allegations, the absence of which are assigned as ground for demurrer.

Appeal from the Circuit Court of Morgan county; the Hon. D. M. Woodson, Judge, presiding.

This was an action, brought by Hamilton against the St. Louis, Jacksonville and Chicago Railroad Company, to recover damages for killing a cow. The declaration was demurred to, on the ground that it did not contain certain allegations.

The court below decided that the declaration did contain those allegations in substance, and the demurrer was overruled. The case is brought to this court, and it is asssigned for error, the overruling the demurrer and judgment for the plaintiff below.

Messrs. KETCHAM & ATKINS for the appellant.

Messrs. MORRISON & EPLER for the appellee.

PER CURIAM: This was an action against a railway company, to recover damages for killing a cow, and comes before us on a demurrer to the declaration. On examination we find that the declaration does in fact contain all the allegations, the absence of which is assigned as a ground for demurrer.

*Judgment affirmed.*